1

2

3

4

5

6

7

8                      UNITED STATES DISTRICT COURT

9                     EASTERN DISTRICT OF CALIFORNIA

10

11    MARTIN BONILLA,                    1:03-cv-05962-OWW-SMS-P

12              Plaintiff,          **ORDER ADOPTING FINDINGS AND
                                    RECOMMENDATIONS** (Doc. 33)
13    vs.
                                    **ORDER DENYING MOTION TO
14    K. DAVIS,                     DISMISS, AND REQUIRING
                                    DEFENDANT TO FILE A RESPONSE
15              Defendant.          TO AMENDED COMPLAINT WITHIN
                                    THIRTY DAYS** (Doc. 28)
16
                                          /
17

18

19        Plaintiff Martin Bonilla ("plaintiff"), a state prisoner

20   proceeding pro se and in forma pauperis, has filed this civil

21   rights action seeking relief under 42 U.S.C. § 1983.  The matter

22   was referred to a United States Magistrate Judge pursuant to 28

23   U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

24        On June 30, 2005, the Magistrate Judge filed a Findings and

25   Recommendations herein which was served on the parties and which

26   contained notice to the parties that any objections to the

27   Findings and Recommendations were to be filed within thirty (30)

28   days.  To date, the parties have not filed objections to the

                                  1

1   Magistrate Judge's Findings and Recommendations.

2        In accordance with the provisions of 28 U.S.C.

3   § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a

4   <u>de novo</u> review of this case.  Having carefully reviewed the

5   entire file, the Court finds the Findings and Recommendations to

6   be supported by the record and by proper analysis.

7        Accordingly, IT IS HEREBY ORDERED that:

8        1.   The Findings and Recommendations, filed June 30, 2005,

9   is ADOPTED IN FULL;

10       2.   Defendant's motion to dismiss for failure to state any

11  claims upon which relief may be granted, filed February 18, 2005,

12  is DENIED; and,

13       3.   Defendant shall file a response to plaintiff's amended

14  complaint within **thirty (30) days** from the date of service of

15  this order.

16

17  IT IS SO ORDERED.

18  **Dated:   August 15, 2005**                   **/s/ Oliver W. Wanger**
    emm0d6                              UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26

27

28