# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN BONILLA,<br><br>       Plaintiff,<br><br>   v.<br><br>K. DAVIS,<br><br>       Defendant.<br>_____ / | CASE NO. 1:03-CV-5962-OWW-SMS-P<br><br>ORDER REQUIRING PLAINTIFF TO FILE RESPONSE TO DEFENDANT'S MOTION WITHIN TWENTY-ONE DAYS<br><br>(Doc. 39) |

Plaintiff Martin Bonilla ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On June 2, 2006, defendant Davis ("defendant") filed a motion to vacate the scheduling order and for the issuance of an order to show cause.

Plaintiff shall file a response to defendant's motion within **twenty-one (21) days** from the date of service of this order.[1]  Local Rule 78-230(m).  <u>The failure to file a response to this order will result in dismissal of this action, with prejudice, for failure to prosecute</u>.

IT IS SO ORDERED.

**Dated:    June 6, 2006**                     /s/ Sandra M. Snyder
icido3                                  UNITED STATES MAGISTRATE JUDGE

---

[1] Eighteen days plus three days for mailing.

1