UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN BONILLA,<br><br>    Plaintiff,<br><br>vs.<br><br>K. DAVIS,<br><br>    Defendant.    / | 1:03-cv-05962-OWW-SMS-P<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 42)<br><br>**ORDER DISMISSING ACTION, WITH PREJUDICE, FOR FAILURE TO PROSECUTE** (Doc. 40) |

  Plaintiff Martin Bonilla ("plaintiff"), a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

  On July 26, 2006, the Magistrate Judge filed a Findings and Recommendations herein which was served on the parties and which contained notice to any objections to the Findings and Recommendations were to be filed within eleven days. To date, neither party has filed an objection to the Magistrate Judge's Findings and Recommendations.

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a <u>de novo</u> review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed July 26, 2006, is ADOPTED IN FULL; and,

2. This action is DISMISSED, with prejudice, for plaintiff's failure to prosecute.

IT IS SO ORDERED.

**Dated:   August 25, 2006**                   **/s/ Oliver W. Wanger**
emm0d6                                                         UNITED STATES DISTRICT JUDGE